```
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED

           UNITED STATES DISTRICT COURT              JUN 1 8 2001
            SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION                    Michael N. Milby
                                                        Clerk of Court
```

RODOLFO VARGAS-LAZARIT,           )      CA No. B-00-100
v.                                )
E.M. TROMINSKI, et al             )
_____)

PETITIONER'S UNOPPOSED MOTION FOR AN EMERGENCY HEARING ON
RESPONDENTS' MOTION TO DISMISS

Comes Petitioner, through the undersigned, and respectfully requests an emergency hearing on Respondents' Motion to Dismiss, and in support of same, hereby shows as follows:

As more fully explained in Petitioner's Opposition to Respondents' Motion To Dismiss, filed simultaneously, Respondents' motion is premised on the assertion that Petitioner should be obliged to exhaust the new administrative remedy, created long after the instant action was filed, and after it had been held in abeyance, pending resolution of the lead case in this series, *Cantu-Salinas et al v. Trominski, et al*, No. CA B-97-183. The final regulations creating this new remedy were published in January 2001, and provide that such motions must be filed by July 23, 2001.

On June 15, 2001, before she had even received copies of Respondents' motions, the undersigned received an Order, setting a hearing in one of these cases, to wit, that of *Dominguez-Infante v. Trominski*, CA No. B-99-051. Two more such orders were received on June 18, 2001, in *Arechiga-Hernandez v. Trominski*, No. B-99-040, and *Gonzalez-Gonzalez v. Trominski*, No. B-99-128, setting hearings for the same date. Unless this date is advanced significantly, the window for filing motions to reopen under the new regulations will have closed even before the Court hears Respondents' motions to dismiss. This places the undersigned in an untenable position.

The undersigned has spoken with Lisa Putnam, SAUSA, who stated that she is not opposed to the instant motion. However, the undersigned will be out of town from Wednesday through Friday of this week, and Ms. Putnam will be out of town all of the following week. Both parties could be available for such a hearing on July 2nd. Ms. Putnam will also be available on July 3rd, and, if necessary, the undersigned could request that the interviews that INS has scheduled for two of her clients on that date be rescheduled. Alternatively, both parties would be available on the afternoon of July 5th, although Ms. Putnam has an appearance in McAllen in the late morning on that date. July 6th is also open for both parties.

WHEREFORE, it is therefore urged that this Court hold an emergency hearing on Respondents' motion, as soon as possible.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78587
(956) 421-3226
(956) 421-3423 (fax)

Fed 1178
Tx 03052800

CERTIFICATE OF SERVICE

I certify that copies of the foregoing, and proposed Order, were personally delivered to the Office of Lisa Putnam, SAUSA, 1709 Zoy St., Harlingen, Texas, this 18th day of June, 2001.

2