10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

RODOLFO VARGAS-LAZARIT,            )     CA No. B-00-100
v.                                 )
E.M. TROMINSKI, et al              )
_____    )

ORDER GRANTING EMERGENCY HEARING ON
RESPONDENTS' MOTION TO DISMISS

Upon consideration of Petitioner's Unopposed Motion for an
Emergency Hearing with respect to Respondents' Opposed Motion to
Dismiss Without Prejudice, and good cause appearing therefore, it
is the opinion of the Court that said motion should be, and the
same hereby is, GRANTED.

IT IS THEREFORE ORDERED that a hearing be conducted on Respondents'
motion to dismiss on the __2nd__ day of July, 2001, at __2:00__ p.m.,
on the second floor of the United States Courthouse, in
Brownsville, Texas.

DONE at Brownsville, Texas,

this __19th__ day of June, 2001.

_____
UNITED STATES MAGISTRATE JUDGE