JUL - 2 2001

COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Michael N. Milby, Clerk of Court

```
Courtroom Clerk      :    M Garcia
Court Reporter       :    C Newman
CSO                  :    Salinas
Date                 :    July 2, 2001 at 2:00 p.m.
```
---
```
CV. NO. B-98-143    Jose Villanueva-Velasquez      vs   E M Trominski et al
        B-98-192    Ladislao Garcia-Espinosa       vs   E M Trominski et al
        B-98-193    Juan Jose Luna-Guzme           vs   E M Trominski et al
        B-99-010    Francisco Leos-Hernandez       vs   E M Trominski et al
        B-99-025    Delfino Gonzalez-Mercado       vs   E M TRominski et al
        B-99-040    Everardo Arechiga-Hernandez    vs   E M Trominski et al
        B-99-047    Orlando Reyes-Garza            vs   E M Trominski et al
        B-99-051    Vicente Dominguez-Infante      vs   E M Trominski et al
        B-99-126    Daniel Tamez-Muniz             vs   E M Trominski et al
        B-99-127    Juan Jose Verduzco-Arevalo     vs   E M Trominski et al
        B-99-128    Ricardo Gonzalez-Gonzalez      vs   E M Trominski et al
        B-00-100    Rodolfo Vargas-Lazarit         vs   E M Trominski et al
```
---

**PETITIONERS' UNOPOSSED MTN FOR EMERGENCY HEARING ON REPONDENTS' MTN TO DISMISS**

Attorney Lisa Brodyaga present for the Petitioner'; Attorney Lisa Putnam present for the Defendants';

Presentation, response and arguments made by both parties;

The Court will prepare a Report and Recommendation to Judge Tagle denying the Respondent's Motion to Dismiss.