

```
 1  RODOLFO VARGAS-LAZARIT        )        B00-100
                                  )        (HGT/FR)
 2  VS.                           )
                                  )        Brownsville, Texas
 3  E. M. TROMINSKI, ET AL        )        July 2, 2001

 4

 5  HEARING ON PETITIONERS' UNOPPOSED MOTION FOR AN EMERGENCY
              HEARING ON RESPONDENTS' MOTION TO DISMISS
 6       BEFORE THE HONORABLE FELIX RECIO, MAGISTRATE JUDGE
                  UNITED STATES DISTRICT COURT
 7                     SOUTHERN DISTRICT
```

United States District Court
Southern District of Texas
FILED

JUL 03 2001

Michael N. Milby
Clerk of Court

10  TRANSCRIPT ORDERED BY:          HONORABLE JUDGE FELIX RECIO

11  APPEARANCES FOR

12  THE PETITIONERS:                Ms. Lisa Brodyaga
                                    REFUGIO DEL RIO GRANDE
13                                  17891 Landrum Park Road
                                    San Benito, Texas  78586
14
    THE RESPONDENTS:                Ms. Lisa M. Putnam
15                                  Assistant District Counsel
                                       Special Assistant U.S.
16                                  Attorney
                                    UNITED STATES DEPARTMENT
17                                  OF JUSTICE
                                    Immigration &
18                                  Naturalization Service
                                    Office of the District
19                                  Counsel
                                    1709 Zoy Street
20                                  Harlingen, Texas  78551

21
    THE REPORTER:                   Carolyn Newman
22
    Proceedings recorded by oral stenography.
23
    Transcript produced by computer.
24

25

                    WILSON REPORTING SERVICES
           P.O. Box 532003    Harlingen, Texas  78553
                          (956) 412-5700